# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com

 PRINT THIS

Powered by  Clickability

May. 07, 2010
Copyright © Las Vegas Review-Journal

## UNLV assistant football coach faces charges in Colorado

By MARK ANDERSON
LAS VEGAS REVIEW-JOURNAL

Ty Gregorak, UNLV's linebackers coach and recruiting coordinator, turned himself in to police in Boulder, Colo., on Wednesday after police allege that Gregorak stole a .45-caliber gun and wallet from a car belonging to a strip-club bouncer on May 1.

Boulder police wrote an arrest warrant for first-degree criminal trespass and prohibited use of weapons.

Formal charges could be filed Thursday, the Boulder Daily Camera reported.

A message left to Gregorak's cell phone was not returned, but his attorney said via e-mail that his client has responded appropriately to the investigation.

"Ty Gregorak has led an exemplary and successful life as a wonderful role model and mentor to countless students and fans alike," Denver attorney David Beller said. "He is ashamed that an innocent night out has led to allegations which bring him, his family, and the University embarrassment.

''He is looking forward to continuing to cooperate fully with the investigation, putting the matter behind him, and continuing his distinguished career."

Gregorak, 31, spent the past seven seasons at Montana before following new Rebels coach Bobby Hauck to UNLV.

UNLV athletic director Jim Livengood said in a statement the school is aware of the situation.

"The University and athletics department have been conducting an internal and thorough investigation regarding the pending allegations," Livengood said. "It would be premature and inappropriate to comment any further until this matter has been reviewed and resolved."

Gregorak, who played linebacker at Colorado, allegedly took the items from the bouncer's car early Saturday after the bouncer, Joseph Benedetto, refused to allow him into the club. Gregorak returned the items to Benedetto later in the morning.

"Hey I'm sorry, I was really drunk last night. I think I was drugged," Gregorak told Benedetto, according to the police report. "I'd like to give you your stuff back. Here it is.

"I was really drunk, I'm from out of town, I'm just here visiting friends, I'm a professional, I don't do this kind of stuff."

The police report gives no indication that officials are investigating the possibility that Gregorak had been drugged.

Benedetto followed Gregorak's rental car and called police with the license-plate number.

Gregorak told police he didn't realize he had taken the items until he woke up the next morning and saw them in his hotel room. He also said he didn't remember talking to the bouncer, who told police he didn't let Gregorak into the club because he was drunk.

"Neither Mr. Gregorak nor Mr. Benedetto have knowledge of how Mr. Benedetto's belongings ended up in Mr. Gregorak's hotel room," Beller said. "No one claims to have witnessed Mr. Gregorak entering Mr. Benedetto's car or taking a gun and wallet. According to Mr. Benedetto, Mr. Gregorak was contacted walking in the alley next to the club, not trying to enter it."

The police report also said Gregorak had a Montana driver's license that had been revoked for driving impaired on March 19.

Contact reporter Mark Anderson at manderson@reviewjournal.com or 702-387-2914.

**Find this article at:**
http://www.lvrj.com/news/unlv-assistant-football-coach-faces-charges-in-colorado-93167124.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

A professor of English
describes university life.
Aim: To change things.
UD at Inside Higher Ed   About Margaret Soltan   Other Writings   Subscribe to UD's Feeds
May 7th, 2010
Another drunk coach.

> Ty Gregorak, UNLV's linebackers coach and recruiting coordinator, turned himself in to police in Boulder, Colo., on Wednesday after police allege that Gregorak stole a .45-caliber gun and wallet from a car belonging to a strip-club bouncer on May 1.
>
> Boulder police wrote an arrest warrant for first-degree criminal trespass and prohibited use of weapons.
>
> … Gregorak, 31, spent the past seven seasons at Montana before following new Rebels football coach Bobby Hauck to UNLV.
>
> UNLV athletic director Jim Livengood said in a statement the school is aware of the situation.
>
> … Gregorak, who played linebacker at Colorado, allegedly took the items from the bouncer's car early Saturday morning after the bouncer, Joseph Benedetto, refused to allow him into the club. Gregorak returned the items to Benedetto the next morning.
>
> "Hey I'm sorry, I was really drunk last night. I think I was drugged," Gregorak told Benedetto, according to the police report. "I'd like to give you your stuff back. Here it is.
>
> "I was really drunk, I'm from out of town, I'm just here visiting friends, I'm a professional, I don't do this kind of stuff."
>
> The police report gives no indication that officials are investigating the possibility that Gregorak had been drugged.
>
> Benedetto followed Gregorak's rental car and called police with the license-plate number.
>
> Gregorak told police he didn't realize he had taken the items until he woke up the next morning and saw them in his hotel room. He also said he didn't remember talking to the bouncer, who told police he didn't let Gregorak into the club because he was drunk.
>
> …The police report also said Gregorak had a Montana driver's license that had been revoked for driving impaired on March 19.

Classy.

ShareThis

NO COMMENTS | Posted 9:36PM by Margaret Soltan | margaret.soltan@gmail.com
Categories: sport
February 27th, 2010
Out of whack.

As Nevada works on state budget cuts, its public university system gets a close look.

… [P]ayroll records show that 551 [University of Nevada Las Vegas] staff members earn a six figure salary, excluding benefits. Six figure plus salaries make up $72.9 million of the university's $220.5 million total payroll.

While many of the high-paid staff are professors, deans and department chairs, 27 six figure earners are from the department of Intercollegiate Athletics, including 11 assistant football coaches who combined earn over $1.2 million.

Out of all university departments, Intercollegiate Athletics has the third-highest number of staff members who earn at least $100,000 each — just under the School of Law with 34 six-figure staff members and the School of Dental Medicine with 49.

Assemblywoman Shelia Leslie, D-Reno, says that paying that much for the athletic department is unnecessary.

"I have felt for a long time that the salaries paid to athletic personnel are completely out of whack… I think they're highly overpaid."…

ShareThis

1 COMMENT | Posted 7:40PM by Margaret Soltan | margaret.soltan@gmail.com
Categories: sport
December 29th, 2009
University of Hawaii: Where'd the money go?

December, 2008:

… UH football players ranked second to last in graduation success rates compared with 67 other schools that are going to postseason bowl games.

… "We've been working hard since I've been here to make sure our guys graduate," said Hawaii head football coach Greg McMackin, who was hired in January to replace June Jones, who recruited those UH players analyzed in the study. "We want to graduate 100 percent of our players, win the WAC and go to a bowl game."

Hawaii's football student-athlete graduation success rate was a dismal 42 percent, in stark contrast with Notre Dame's 94 percent, according to the report by the Institute for Diversity and Ethics in Sport at the University of Central Florida. Of Hawaii's black football players, only 40 percent are graduating; 60 percent of its white players are getting diplomas.

"We have 18 guys (out of 35 seniors) who are going to walk in two weeks," McMackin said. "That's way more than a school record (for a fall commencement). Everybody else is working toward graduating in the spring."

McMackin said the staff put an emphasis on summer school this year, with the team averaging a 3.1 grade-point average in the session.

"The number is not where we want it to be," UH athletic director Jim Donovan said, "but it represents a period before Coach McMackin and I were here. We are working very hard to improve our graduation rates not only for football, but for all our programs. Our

job is to prepare student-athletes for life, and academics and graduation are the key components."

The UH student-athlete graduation rate for all sports was at 67 percent, again falling second to last of the 68 teams reviewed. Only Fresno State ranked lower with 61 percent.

The spokeswoman for the UH-Manoa Chancellor's Office deferred comment to the Athletics Department…

*******************************

March 2009:

…10,300 seats in the Stan Sheriff Center [recently] accommodate[d] a turnstile crowd of 272 — a good night considering attendance has hovered just above 200 for most of the season…

[One fan in attendance remarked that the University of Hawaii] games are … an easy sell to her husband, Norman.

"He doesn't like crowds," she said.

"[Even when our teams did] well on the field [,said one UH professor,] there were a lot of problems in the classrooms… I found that to be a silent sacrifice that people were willing to accept, but I was frustrated being in the classroom with players who clearly were not into it."

[The professor], who follows several UH sports, cited several other examples, from the department's botched handling of Sugar Bowl tickets ("They covered it up until the media cornered them on it, and then they responded only grudgingly," he said), to the ongoing drama surrounding Wahine basketball coach Jim Bolla, whose relationship with the department has been strained by last summer's flirtation with UNLV and accusations that he has verbally and physically abused players.

"Where's the accountability?" [he] asked. "My impression is that there are some pretty glaring areas where there is little or no accountability, but it's not limited to the department. It's that way throughout the university.

"People in positions of responsibility, whether it's the AD or the chancellor, the president of the university, have to pay attention and hold people accountable," he said.

[He] said the university's emphasis on athletics should also be a cause for concern.

"I am happy that UH tries to foster excellence in athletics," [he] said. "But the vast majority of UH students do not participate in intercollegiate athletics, and some of them have excellent academic potential.

"If this university's core mission is the pursuit of academic excellence, then why is it willing to bleed big money year after year after year for a small handful of student-athletes while at the same time making no serious commitment to cultivating the potential of its best and brightest undergraduates?"

Though troubled by the athletic departments' financial woes and by off-field incidents like football player JoPierre Davis' recent arrest for sexual assault and assault, [one fan] said he remains a loyal UH supporter.

Still, [he] said he'd like to see the department demonstrate better business sense in promoting its programs.

[He] said the baseball team and other programs need to do more to generate sales and build and maintain interest in their sports by reaching out to younger fans.

"If you give free tickets to Little League teams, they'll bring their parents and that means more sales at the concessions," [he] said, proudly gesturing to his second $7 beer. "It's not the attendance, it's the concessions. UH needs to start thinking more like a business. That's the main thing."

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

December 2009:

The University of Hawaii has decided to unilaterally reduce the salaries of faculty members by 6.7 percent, beginning Jan. 1.

University President M.R.C. Greenwood made the announcement today in a letter to faculty.

University of Hawaii Professional Assembly Executive Director J.N. Musto has said that under law, the faculty's contract must remain in force until a new agreement is signed. The union has vowed to go to court to stop any move to cut faculty salaries.

At a news conference this afternoon, Greenwood said layoffs are "potentially on the table" if the UH doesn't get the salary cut from the union. The UH system has to cut $154 million over two years and the faculty salary cuts will save $12 million a year. "I think you can do the math," she said.

Greenwood said the two sides are at an impasse in contract negotiations. The two sides have been negotiating for 15 months.

Greenwood said that with no new proposals on the table and the spring semester beginning shortly, it's imperative the university's current budget deficit be addressed now to sustain operations through the rest of this fiscal year and next.

She said the UH has tried to make up for the cuts in other ways, including reducing administration pay 6 to 10 percent, and Hawaii Government Employees Association members pay by 5 percent.

ShareThis

6 COMMENTS | Posted 8:07AM by Margaret Soltan | margaret.soltan@gmail.com
Categories: sport
August 18th, 2009
Yet another hapless, semi-literate president comes to a bad university with losing sports teams…

… eager to keep the ship sinking.

The University of Nevada Las Vegas has a new president, and he's all fired up. "[We need to be] educating our students and bringing great ideas that enrich our community forward. I think this could be a great year, and a turning year, for UNLV sports. I'm hopeful."

It's *so* pathetic. "[P]eople care a whole lot more about coaches and ADs than almost any other element of the university. As a result, it's given me an immediate job lesson that athletics is the gateway to the community." Right. Six-year graduation rate for all students? 41%. Who gives a shit about whatever educational function UNLV might have. Your job as president is not to, say, try to change this orientation, but rather to bolster it.

Athletics is "a rallying point that allows the university and athletics to pull in the same direction. That's something we hope this university does."

Huh? Whatever.

ShareThis

NO COMMENTS | Posted 7:09AM by Margaret Soltan | margaret.soltan@gmail.com
Categories: sport
August 10th, 2009
"The common denominator in a decade-plus of Aztec football failure is Clown-in-Chief Weber."

As a fuller picture of the assault against one San Diego State University football player by another emerges, and as details of the non-response and cover-up on the part of the coach hit the papers, *UD* just has to pause.

She has to pause.

It's *so* bad. Looked at from any angle, the mafia-like code of silence, the absence of punishment for thugs who you need to protect the quarterback, the panicked firing of the coach as police interest grew, the university's contractually necessary retention of the coach on campus in another job — a non-job for which he's paid, *for another few years*, $715,000 a year – all of this, from any angle is *so* bad.

But if your angle happens to be that of the university — if you look at this culture of violence and impunity and waste from the point of view of what a *university* is — it's much worse than bad.

No self-respecting student should apply to SDSU. Not as long as Stephen Weber is president. Weber, the Clown-in-Chief referred to in my headline (I found this description of him among the comments in response to the latest article about this escalating scandal) takes SDSU's students' money and uses it to pay millions of dollars to thugs. His record as president is appalling in its indifference to the quality of education, and of course the welfare, of the university's students. He has dragged the place so far into the mud that you really can't call it a university anymore. He has destroyed it.

> … Nick Sandford had been playing a game in the locker room with another player, hitting a wadded-up cloth ball with a stick. Paul Sandford said Louis got in the way and his son poked Louis with the stick, which he didn't like.
>
> Louis, who weighed about 300 pounds, later sought Sandford, who weighed 210, and found him in a meeting room watching film. Louis came from behind, punched him in the side of the head, knocked him to the ground and kicked him, Paul Sandford said.

Corey Boudreaux, a senior safety on last year's team, said he walked in as the altercation was ending. "There was a miscommunication in the locker room (where it originated). One of them got (ticked) off to the point where he did something about it."

"The trainers couldn't tell us anything and the coaches kind of didn't tell us anything," Boudreaux said. "Coaches told us not to worry about what was going on and not to listen to all the rumors and stuff. They said they were going to take care of it because they didn't want us to get involved."

Paul Sandford said he learned of the incident the night it happened, which was the Wednesday before the team was to play at Brigham Young University. He said he couldn't reach Long before the team left for the game.

Sandford said the day after the BYU game, he told Long he thought the incident was a criminal assault and was concerned about his son's safety. He said Long told him he wanted to keep it "in the Aztecs family."

Sandford said he expected Long to handle it after that because it was Long's responsibility as head coach. He also said it wasn't a good idea at that time for anybody associated with the team to go against the coach's wishes to keep the matter quiet. A few weeks earlier, Long had been assured by Athletic Director Jeff Schemmel of remaining as Aztecs coach through 2009.

"It's not likely anybody was going to rock the boat from Nick's particular end," Paul Sandford said. "It would have put Nick at huge risk, plus there was potential for retaliation because Chuck was assured of coming back (through 2009)."

It's unclear who contacted SDSU police. They list Paul Sandford as the reporting party, but Sandford said he believes others told police first.

"Nick was called and I went down there with Nick and met with them," he said.

Sandford said many of those who knew what happened, including his son's doctors, were surprised when Louis started the Nov. 8 game at BYU.

"Every game we went to, quite a few people asked why (Louis) was still playing," Sandford said.

When Louis played again the next week against Utah, Sandford said it prompted a doctor to ask Nick Sandford's permission to tell the SDSU administration.

The incident was reported to police that week, before the season's final game against UNLV on Nov. 22. Long was informed he was fired the morning of that game. In an interview with reporters Nov. 26, Schemmel said he made up his mind to fire Long on Nov. 20, which is the day the incident was reported to university police…

A university can be good or bad; intellectually impressive or dull; provincial or urbane. It has only been with the importation of para-professional football to the university that it has become, in some of its manifestations, a thoroughly criminal subculture, with all the marks of that subculture: rule by thuggery, and strict control of insiders through intimidation. You almost want to cry, reading that line about a doctor wanting to tell the SDSU administration. A doctor who presumably saw the injuries in question.

ShareThis

2 COMMENTS | Posted 8:12PM by Margaret Soltan | margaret.soltan@gmail.com
Categories: the university
July 19th, 2009
Jeffrey Michael Stitt…

… an English professor at the University of Nevada Las Vegas, died in the crash of his ultra-light plane.

ShareThis

NO COMMENTS | Posted 10:30PM by Margaret Soltan | margaret.soltan@gmail.com
Categories: professors
June 18th, 2009
How Not to Write an Apology

The horse opera at the University of Nevada, Las Vegas plays on.  It's sad.

Nevada has, in *UD*'s estimation, the worst public university system in the United States.  Next to Nevada, Florida's system looks classy.

The system's chancellor wants UNLV's president to resign.  Now.  The president is apparently totally disengaged from the job, and his wife's a real number.

He refuses.

The president and the first lady (as she calls herself) are currently in Singapore, on the university's dime, so he can give a graduation speech there.

Meanwhile, **SOS** looks at the apology his wife just emailed from Singapore.

> To all the Regents, Chancellor Jim Rogers, and EVC Dan Klaich, [Drop **all.** Seems a small thing, but the main problem with this writer is that she's garrulous.  Apologies should be short, sincere, and to the point.  Look what she's about to do.]
>
> The recent discussions in the media regarding David's Presidential Performance Evaluation have unfortunately focused on my activities in support of UNLV. Let me take this opportunity to comment on these concerns.  [Drop second sentence altogether.  Drop **unfortunately** in the first sentence.  Also drop **in support of UNLV**. Let your reader be the judge of that.  If you look at the emails this woman sent to university staff, it's immediately apparent that her main - er - people skills problem is condescension.  She's an anxious, class-conscious, touchy person, and now that she finds herself closely related to someone as lofty as a university president, she's Imelda Marcos.  Praising herself as acting in support of the university, when there's plenty of controversy about that, is a bad move.]
>
> In all issues, there is always a cause and effect, and I am addressing that now.  [What the fuck does this mean?  Drop it.]

The first year I lived in Hawaii, I made sales calls to my potential clients, introducing myself to them in a very professional manner. [Oy. We're going to do autobiography. Let me tell you the roots of my problem. Because you give a shit... Drop **very**.] I proceeded to tell them how I could help improve their business with our services. What I didn't realize at the time was what they saw and heard. I was to them a newcomer and outsider coming in and saying I knew better than them [**they.** You're a university president's wife, honey. Get someone to read what you write before you send it out.] how to run the business they had operated for many years. It was a lesson learned the hard way, one that I in turn have taught many other newcomers to avoid since then. [Notice all the unnecessary words and phrases:  **for many years**... **in turn**... **since then**...]

Now, years later, I apparently had forgotten that lesson, and didn't realize the same concept applied in this setting. [Rewrite: I ran into the same problem here.] My main goal at this point was to do my part and assist in any way I could.  [I wanted to be of help.]  I was asked by many to take on key hostessing responsibilities  [**key** tells you a lot.  I told you this was a sad story.], and proceeded to come with all my zest and zeal to help with those aspects usually expected of the President's Spouse or partner.  [Ach ja! Der Präsident der Frau.  What's with the capital letters?]

I did not realize how my perceived improvements or my striving for excellence in UNLV's face that was put forward to the community would affect the people associated with those tasks. I truly did not believe it was causing them so much distress.  [See what I'm getting at?  Emotional.  Running off at the mouth.  And in the process revealing precisely the unbearable personality that got her into trouble.]

For this I am most apologetic, as in my quest for improvement I was not always as gracious as I could have been in the carrying out of those plans.

Even when confronted in ways I felt were disrespectful to me as a human being, I should not have reacted so harshly and am very sorry for not being more even tempered in my response. I don't want this to be misconstrued as an apology for being a strong minded woman, but rather to show an awareness that it [To what does **it** refer?] must be exercised in a more temperate fashion. I will be working on making this right with the people involved as best I know how.

Since it was in the Hostessing [Ach ja!  Hostessen.]  role that the concerns arose, I am willing to remove myself from that capacity, until such time as you, the Regents and Chancellor decide what it is you do and don't want from me as the President's spouse. [Her anger is obvious here.]

We all have the same goal in mind, being the advancement of the University. In times when people are extremely sensitive on every level, the last thing I want to do is cause them any more distress and anxiety.

I am truly apologetic as that was not my goal.

I am more than willing to learn from this, as I hope we all can. It is always best to talk to the ones concerned rather than take it anywhere else.

Thank you for giving me the opportunity to share my response to your concerns.

Bonnie J Ashley

ShareThis

1 COMMENT | Posted 12:18PM by Margaret Soltan | margaret.soltan@gmail.com
Categories: Scathing Online Schoolmarm, bad writing, the university
April 29th, 2009
Update: Nevada's Universities

University Diaries has long chronicled the bad, and now much worse, universities of Nevada, a state where they don't do personal income tax, and where gambling, sport of the mentally challenged, basically pays for everything.

Now that the roulette wheel of life has taken a turn for the worse, the state's decided to slash higher education funding big time. Here are some earlier posts about that.

Bloomberg News updates Nevada's situation, and interviews Chancellor James Rogers.

> Taxes wrung from Las Vegas slot machines and blackjack tables haven't kept Nevada's state-supported colleges from "mediocrity," says James Rogers, the man who runs them. Now, with Sin City's casinos on a losing streak, the schools may get much worse.

> The state's universities enrolled none of the 8,486 U.S. high school seniors awarded National Merit Scholarships in 2008, said Rogers, chancellor of the Nevada System of Higher Education. The schools, funded below the national average during the boom years, now have hundreds of teaching vacancies because of budget reductions, he said. The governor is demanding bigger cuts that would require firing faculty, Rogers said.

> Public universities across the U.S. are slashing budgets as state financing dwindles. Nevada's colleges are in greater jeopardy than most because, unlike states that tax income, they rely on sales and gambling taxes, said Jan Jones, a former mayor of Las Vegas. The state wagered that tourists would keep flocking to the desert resort, and with recession-battered gamblers now staying home, Nevada is paying the price, she said.

> "Nevada has been playing a game of Russian roulette with our finances," said Jones, now the senior vice president for government relations at Las Vegas-based Harrah's Entertainment Inc., the largest casino company.

> … The Nevada Higher Education System, with 110,000 students, had a budget — excluding research grants — of $1.1 billion in fiscal 2008, with about 70 percent coming from the state.

> Rogers, 70, who takes a salary of $23,660, the minimum allowed, and donates it to scholarships, has blasted the governor and his cuts in 61 memos posted since May on the system's Web site.

> "We have had a first-class economy and a third-class culture, and eventually a third-class culture will bring down a first-class economy," said Rogers, in his Las Vegas office decorated with life-size cardboard cutouts of the Three Stooges dressed in graduation caps and gowns.

> … Gambling and sales taxes support almost 60 percent of the state's budget. Nevada's gambling proceeds surged 42 percent in the years 2000 to 2007, helping the higher education system's state funding more than double in that period. The state spent $194.21

for each resident on colleges and universities in fiscal year 2007, less than the national average of $247.15, according to Nevada's education officials.

A squeeze began in January 2008 when Governor Jim Gibbons, a Republican, slashed the department's budget 4.5 percent, anticipating declines in tax revenue. In August, he cut a further 3.4 percent.

In response, UNLV, the biggest school in the system, has eliminated or left vacant 364 positions, including about 100 faculty jobs. Further cuts may mean salary reductions or employee furloughs as well as eliminating two unspecified athletic teams, according to a report prepared for the legislature.

… In January, Gibbons, who has refused to raise taxes, submitted a budget for fiscal years 2010 and 2011 that would slash funding the most yet: an additional 29 percent, spread unevenly across eight colleges and universities.

If passed by the state legislature, the biggest cuts will be at the four-year research institutions — the University of Nevada, Reno, and UNLV — which would lose half their state funding, and at Nevada State College, a four-year school in Henderson for training teachers and nurses. Four community colleges and a research institute would see smaller reductions.

Nevada is one of seven U.S. states that collect no personal income taxes, said William Ahearn, a spokesman for the Tax Foundation, a nonprofit group based in Washington. California, by comparison, gets more than half of its revenue from the state's income tax.

The state could live without income taxes as long as its bet on tourism paid off, said Keith Schwer, an economist at UNLV.

"When the economy was booming, we were riding a fast horse," said Schwer, the director of the Center for Business and Economic Research, at UNLV. "Now the horse has broken a leg."

Travel to Las Vegas fell in 2008 for the first time since 1982, according to the city's Convention and Visitors Authority. Casino taxes from the Las Vegas Strip, the state's largest concentration of resorts, have fallen 17 percent since July 1, according to monthly reports from the Nevada Gaming Commission.

Sales taxes in Nevada will decline an estimated 8.6 percent this fiscal year, according to a forecast by the Economic Forum, a nonpartisan panel created by the state legislature.

Under Gibbons's overall state budget, higher education would see the biggest cuts. Spending on human services, by contrast, would drop 6.6 percent. Nevada's general fund would be reduced 14 percent, to $3.03 billion.

… At a March 26 rally on UNLV's campus, within sight of the Strip, more than 300 students protested the budget cuts with signs reading "Impeach Gibbons" and "Cuts in Education Never Heal."

State Assembly Speaker Barbara Buckley, a Democrat, has vowed to prevent Gibbons's full cuts. Rogers, the chancellor, said a possible solution would include an increase in business taxes, which might have to be passed over the governor's veto, to restore