J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARGARET SOLTAN, an individual;<br><br>　　　　　　Defendant. | Case No.: 2:10-cv-01329-GMN-LRL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff, Righthaven LLC ("Righthaven") and Defendant Margaret Soltan ("Ms. Soltan"; collectively with Righthaven known herein as the parties "Parties"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against Ms. Soltan in the above-captioned matter.

　　　　WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Ms. Soltan with prejudice.

/ / /

Dated this twenty-first day of October, 2010.

Submitted by:

| | |
|---|---|
| RIGHTHAVEN LLC | MARGARET SOLTAN |
| /s/ J. Charles Coons | /s/ Margaret Soltan |
| J. Charles Coons, Esq. | Margaret Soltan |
| 9660 West Cheyenne Avenue, Suite 210 | P.O. Box 518 |
| Las Vegas, Nevada 89129-7701 | Garrett Park, Maryland 20896 |
| Attorneys for Plaintiff | Pro-se Defendant |

IT IS SO ORDERED this 21st day of October, 2010.

_____
Gloria M. Navarro
United States District Judge